UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:08-CR-577 (CEJ) |
| MARKESE BARNETT, | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

Before the Court is the motion of defendant Markese Barnett to set aside the order of detention entered on May 13, 2009. See 18 U.S.C. §3145(b).

In his motion, the defendant states that "circumstances have arisen of such gravity and import and of such an extraordinary nature as to render the detention order inappropriate, unjust, and not in the best interest of justice . . ." He does not provide any information about the circumstances he refers to nor does he present any factual or legal basis for review of the detention order. Furthermore, the defendant has not presented any information that would exempt him from the mandatory detention that results from his guilty plea to a drug offense which carries a sentence of imprisonment of not less than 5 years and not more than 40 years. See 18 U.S.C. § 3143(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendant Markese Barnett to set aside order of detention and to admit defendant to bail pending sentencing [Doc. #46] is **denied.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of October, 2009.